JUDGE KAPLAN

'08 CIV 5504

Mark D. Silverschotz (MS 8393)
Michael J. Venditto (MV 6715)
Han J. Ahn (HA 2420)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 521-5400
*Attorneys for Defendant*
*Metex Mfg. Corporation*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, as successor by merger to
TRANSCONTINENTAL INSURANCE
COMPANY; CONTINENTAL INSURANCE
COMPANY, as successor-in-interest to certain
policies issued by HARBOR INSURANCE
COMPANY;

                    Plaintiffs,

- against -

TRAVELERS CASUALTY AND SURETY
COMPANY, formerly THE AETNA
CASUALTY AND SURETY COMPANY;
FIREMAN'S FUND INSURANCE
COMPANY; ALLIANZ GLOBAL RISKS US
INSURANCE COMPANY; HARTFORD
ACCIDENT AND INDEMNITY COMPANY;
CENTURY INDEMNITY COMPANY, as
successor to CCI INSURANCE COMPANY,
as successor to INSURANCE COMPANY OF
NORTH AMERICA and INDEMNITY
INSURANCE COMPANY OF NORTH
AMERICA; ACE PROPERTY AND
CASUALTY INSURANCE COMPANY,
formerly CIGNA PROPERTY AND
CASUALTY INSURANCE COMPANY,
formerly AETNA INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA;
AMERICAN HOME ASSURANCE
COMPANY; GRANITE STATE INSURANCE
COMPANY; LIBERTY MUTUAL
INSURANCE COMPANY; FEDERAL
INSURANCE COMPANY; TRANSPORT

Civil Action No. _____

**DEFENDANT METEX MFG.**
**CORPORATION'S RULE 7.1**
**DISCLOSURE STATEMENT**

RECEIVED
JUN 18 2008
U.S.D.C. S.D. N.Y.
CASHIERS

INSURANCE COMPANY; TIG INSURANCE :
COMPANY, as successor by merger to       :
INTERNATIONAL INSURANCE                  :
COMPANY; ROGER A. SEVIGNY, the           :
Commissioner of Insurance of the State of New :
Hampshire, as Liquidator of THE HOME     :
INSURANCE COMPANY; STEVEN M.             :
GOLDMAN, the Commissioner of Banking     :
and Insurance of the State of New Jersey, as :
Liquidator of INTEGRITY INSURANCE        :
COMPANY; ERIC R. DINALLO,                :
Superintendent of Insurance of the State of New :
York, as Liquidator of MIDLAND           :
INSURANCE COMPANY, JOEL ARIO,            :
Acting Insurance Commissioner of the State of :
Pennsylvania, as Liquidator of RELIANCE  :
INSURANCE COMPANY; JOANNE DOES,          :
THIRD-PARTY LIABILITY INSURERS,          :
being carriers other than the aforenamed who :
issued third-party liability insurance to :
KENTILE FLOORS, INC.; KENTILE            :
FLOORS, INC.; METEX MFG.                 :
CORPORATION; JOHN LESLIE ALLEN;          :
CARL BEEL; GILBERT CARRIZALES;           :
ESTATE OF MARIA CAVALLINI; JOHN          :
CAVOUNIS; ROBERT CLARK; ROBERT           :
DEGLAU; SUSANNE DELISLE; JOHN            :
DURO; ESTATE OF HAROLD ELSNER;           :
EMILY FABINIAK; ANGEL FERNANDEZ;         :
ESTATE OF RICHARD FINDLAY;               :
WILLIAM GALANIS; ESTATE OF               :
CHESTER GIESE; ESTATE OF ORVILLE         :
GROOTEMAAT; ROBERT GUNDERSON;            :
ESTATE OF EDSEL HANKA; HARVEY            :
HELFAND; ESTATE OF VIRGIL HORNER;        :
GILBERT IEM; ESTATE OF RICHARD           :
JEFFERS; HUBERT JOHNSTON; ROBERT         :
KENNEMORE; ESTATE OF BERNHARDT           :
KOEPPEN; ESTATE OF RUDOLPH               :
KOLETIC; WALTER KONWAY; GEORGE           :
LACKMAN; ESTATE OF EMIL LAUF; F.         :
LEE LAWRENCE; ESTATE OF WILLIAM          :
LEITZEL; ESTATE OF FRANK LONGO;          :
RONALD MATA; ESTATE OF BRUCE             :
MAYNARD; PHILLIP MAZZOCCHI; JOHN         :
MCTAGGART; ESTATE OF GEORGE              :
MEANOR; CHARLES MILLER; ESTATE OF :
PETER MISHKO; JACK NACHT; ESTATE         :
OF NICHOLAS PALAZZO; JOHN PALL;          :
THOMAS PAWLOWSKI; ESTATE OF              :
HOWARD PRATT; WILLIAM PURCELL;           :
ESTATE OF EDWARD PUTLOCK; JOHN           :
RHEIN; ESTATE OF CLAY RICH; ESTATE       :

OF LEON ROBERTS; BENITO ROSALES;
ESTATE OF RAYMOND ROSWELL;
ESTATE OF HOWARD SCHOENFELD;
ESTATE OF MARIE SCHONS; STEPHEN
SCHWARTZ; EDWARD SEDLACEK;
ESTATE OF MORRIS SEGAL; ESTATE OF
RICHARD SHANK; ESTATE OF GEORGE
SHEPARD; CHARLES SHULL; CARL
SOBCZAK; MARILYN STRATTON;
ESTATE OF CARL STUDE; ESTATE OF
FLORENCE THOMPSON; JAMES
URBACH; ROSE MARY VICARI;
ALBERTO VULTAGGIO; JACK WADE;
JAMES WEESE; HOWARD WENZEL;
ESTATE OF GEORGE WILENT; ESTATE
OF VICTOR YANNOTTI; SYDNEY ZIFF;
and JOHN DOES, ASBESTOS CLAIMANTS,
being individuals other than the aforementioned
who settled Asbestos Claims with KENTILE
FLOORS, INC., but whose settlements have
not been fully funded,

                    Defendants.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for Metex Mfg. Corporation, a private, non-governmental

corporate party, certifies that the following is a corporate parent of that party, which is

publicly held:

    United Capital Corp.

Dated:  June 18, 2008
        New York, New York

                                Respectfully submitted,
                                REED SMITH LLP


                                Mark D. Silverschotz (MS 8393)
                                Michael J. Venditto (MV 6715)
                                Han J. Ahn (HA 2420)

- 3 -

599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450

*Attorneys for Defendant*
*Metex Mfg. Corporation*