UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, as successor by merger to TRANSCONTINENTAL INSURANCE COMPANY, et al., | CIVIL ACTION NO. 08 CIV 5504 |
| Plaintiffs, v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY, formerly THE AETNA CASUALTY AND SURETY COMPANY, et al., | ENTRY OF APPEARANCE |
| Defendants. | |

TO THE CLERK:

Kindly enter the appearance of Jacob C. Cohn on behalf of Defendant, Federal Insurance Company, with regard to the above-referenced matter.

Respectfully submitted,

COZEN O'CONNOR

By _____
Jacob C. Cohn
1900 Market Street
Philadelphia, PA 19103
(215) 665-2147
Attorney for Defendant